December 4, 2020

United States Magistrate Judge
Honorable Joseph C. Spero
95 Seventh St
San Francisco, CA 94103-1518

1:12-CR-00401-SS-1

Re: Michael Aaron Jayne, FBOP #74636-065, Request to be admitted into Reentry Court in San Francisco, currently pending halfway house

Dear Honorable Judge Spero:

My name is Michael Jayne. I am from Redding, California and 38 years old. My relocation to The Eastern District of California (Sacramento), was approved by The USPO, from my sentencing district of Western District of Texas Austin. Case # A-12-CR-401-(1) SS.

The BOP has recommended 6 months placement in halfway house RRC, which I believe will be in San Francisco RRC in The Northern District.

I am convicted of a 922(g). And this is my 4th prison term.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 11 2020
FILED
DOCKETED
DATE        INITIAL

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
DEC 1 2020

I cannot seem to stay on the streets and have read the description of the reentry program and really would like to participate please.

Can you please consider referring me for placement into the program? And could I participate while I'm in the San Francisco halfway house? And once I get out of the halfway house could I continue to report to your Court if I lived in Sacramento in the Eastern District?

I have not been given a halfway house date yet, but the BOP recommendation is pending in the Eastern District, which I believe the halfway house is there in SF. Thank you for your time and if you could let me know if you could look into my case.

Sincerely,
Michael

Michael Jayne #74636-065
SPECIAL MAIL-OPEN ONLY IN PRESENCE OF INMATE
Federal Correctional Institution
PO Box 1000
Otisville, NY 10963

Michael Jayne #74636-065  
Federal Correctional Institution  
PO Box 1000  
Otisville, NY 10963  



WESTCHESTER NY 105  
8 DEC 2020 PM 3 L  

United States Magistrate Judge  
Honorable Joseph C. Spero  
95 Seventh Street  
San Francisco, CA 94103-1518

