| PROB 22 (Rev. 01/24) | **FILED** May 07, 2024 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY: klw DEPUTY | DOCKET NUMBER *(Tran. Court)* A-12-CR-401(1)-SS |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-0106 TLN |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Western District of Texas | DIVISION Austin |
|---|---|---|
| Michael Aaron Jayne<br><br>Lincoln, CA<br><br>**FILED** May 06, 2024 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | NAME OF SENTENCING JUDGE Honorable Sam Sparks | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/20/2021 | TO 08/19/2024 |

**OFFENSE**
Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922 (g)(1)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Violation of Supervised Release - Multiple new offenses in Idaho and Utah

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Texas**

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Eastern District of California** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 6, 2024
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Eastern** DISTRICT OF **California**

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

05/06/2024
*Effective Date*

Troy L. Nunley
United States District Judge

1